ALBERT P. WEBER, Appellant, v. M. A. REEB CORPORATION, Respondent.—
Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J.,
Davis, Sears, Crouch and Taylor, JJ.

FRANK DANIEU and Another, Respondents, v. GUSTAVE A. PLAGE, Appellant.
— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J.,
Davis, Sears, Crouch and Taylor, JJ.

FRED N. JONES, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appel-
lant.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J.,
Davis, Sears, Crouch and Taylor, JJ.

THE HERRING-CURTISS COMPANY, Appellant, v. GABRIEL H. PARKHURST, as
Trustee in Bankruptcy, etc., Respondent, Impleaded with Others, Defendants.—
Order affirmed, with ten dollars costs and disbursements. All concur. Present —
Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

CLARA M. CRAMER, Appellant, v. MELANCHTHON W. PERINE and Another,
Respondents.— Order affirmed, with ten dollars costs and disbursements. All
concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

In the Matter of the Application of the BOARD OF EDUCATION OF THE CITY
OF JAMESTOWN, NEW YORK, Respondent, for a Mandamus Order against THE
CITY COUNCIL (Also Known as the COMMON COUNCIL) OF THE CITY OF JAMES-
TOWN, NEW YORK, Appellant.— Order affirmed, with costs. All concur. Present
— Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

EUGENE RILEY, as Administrator, etc., of MARGARET C. RILEY, Deceased,
Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment
and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark,
Sears, Crouch and Taylor, JJ.

ANNA H. KNIBBS, as Administratrix, etc., of RAYMOND KNIBBS, Deceased,
Respondent, v. THE TOWN OF SENECA FALLS, Appellant.— Judgment and order
affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch
and Taylor, JJ.

MARY F. GARLINGER, Appellant, v. LINWOOD CONSTRUCTION COMPANY,
Respondent, and MARINE TRUST COMPANY, Defendant.— Judgment affirmed, with
costs. All concur. Present — Hubbs, P. J., Clark, Sears and Crouch, JJ.;
Taylor, J., not sitting.

MARY F. GARLINGER, Respondent, v. LINWOOD CONSTRUCTION COMPANY,
Defendant, and MARINE TRUST COMPANY, Appellant.— Judgment and order
affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears and
Crouch, JJ.; Taylor, J., not sitting.

MILDRED M. HORNING, Respondent, v. AMOS F. CROUNSE, Appellant.— Judg-
ment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark,
Sears, Crouch and Taylor, JJ.

EDITH MAY McCLUSKEY, Respondent, v. AMOS F. CROUNSE, Appellant.—
Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark,
Sears, Crouch and Taylor, JJ.

ALLISON LYNDS, Respondent, v. CHARLOTTE B. INGERSOLL, Appellant.— Judg-
ment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark,
Sears, Crouch and Taylor, JJ.

LILLIAN M. DUNLOP, as Executrix, etc., and Others, Respondents, v. SWEET
BROTHERS PAPER MANUFACTURING COMPANY and Others, Appellants.— Order